

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00800-CR

Whitney Elizabeth **KNOWLTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1160-CR
William Old, Judge Presiding

# O R D E R

On November 17, 2014, Appellant Whitney Elizabeth filed her notice of appeal with this court. On January 9, 2015, after receiving notice from the court reporter that Appellant had not filed a request or designation of record, this court ordered Appellant to provide written proof to this court by January 20, 2015, that the necessary requests and paperwork had been filed with the court reporter. We further ordered that if Appellant failed to respond within the time provided, that Appellant's brief would be due no later than February 9, 2015, and the court would only consider those issues or points raised in Appellant's brief that did not require a reporter's record for a decision. Neither a response to this court's order nor a brief have been filed.

On February 9, 2015, this court received correspondence from attorney Sam H. Lock clarifying that he did not represent Appellant for any matters pending in the Fourth Court of Appeals. Although it appears that a motion to withdraw was filed in the trial court, our records indicate the attorney of record in this appeal is Julissa Vella. Ms. Vella is therefore ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If Ms. Vella fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2). The clerk of this court shall cause a copy of this order to be served on Ms. Vela by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court